UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Lawrence T Masiclat<br>Mylene Masiclat<br><br>Debtor(s)<br><br>Lawrence T Masiclat<br>Mylene Masiclat<br><br>Plaintiff(s)<br>MB Financial Bank, N.A., Due to merger of American Chartered Banj into MB Finanical Bank, N.A.<br><br>Defendant(s) | BK No.: 16-23482<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 16-00665 |

## DEFAULT JUDGMENT VALUING CLAIM OF MB FINANCIAL BANK, N.A.

On November 10, 2016, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 5721 Caribou Lane, Hoffman Estates, IL 60192 (address) with real estate tax pin number 06-08-406-018-0000 (the "property"). The defendant has not answered or otherwise pled to the complaint and is in default.

IT IS HEREBY ORDERED that judgment is entered in favor of the debtor(s) and against the defendant as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its Mortgage Lien (identified by the last four digits of the account number as ) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the defendant for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan
   ☒ and entry of a discharge
the defendant's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Dated: JAN 3 1 2017   1/31/17

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**
Orlando Velazquez #6210326
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

Rev: 20170105_apo

(630) 575-8181 (telephone)
(630) 575-8188 (facsimile)
ovelazquez@sulaimanlaw.com