# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>Lawrence T Masiclat<br>Mylene Masiclat | ) BK No.:   16-23482<br>)<br>)<br>) Chapter: 13<br>)<br>) Honorable Jack B. Schmetterer<br>) |
| Debtor(s)<br>Lawrence T Masiclat<br>Mylene Masiclat | )<br>)<br>) Adv. No.: 16-00665<br>) |
| Plaintiff(s)<br>MB Financial Bank N.A., Due to Merger of American<br>Chartered Bank into MB Financial Bank, N.A. | )<br>)<br>)<br>) |
| Defendant(s) | ) |

## ORDER OF DEFAULT

This cause coming before the Court on Plaintiff's Motion for Order of Default, proper notice given and the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1.   On November 10, 2016, Plaintiffs filed and adversary complaint pursuant to ii U.S.C. §§ 506(a) and (d) and 1322(b) and Federal Bankruptcy Rule 3012 to Determine Value of Security and Strip off Defendant's Underlying Lien Against Plaintiffs' Primary Residence.

2.   On November 10, 2016, Complaint and Summons were served by certified mail addressed to an officer of Defendant.  Complain and Summons were mailed on November 10, 2016 and received November 15, 2016.

3.   Defendant has failed to plead or otherwise defend.

4.   Pursuant to Fed. R. Bankr. P. 7055 and F.R. Civ. P. 55, Defendant is in default.

Enter:

JAN 3 1 2017

Dated: 1/31/17

United States Bankruptcy Judge

**Prepared by:**
Orlando Velazquez #6210326
Counsel for Plainitffs
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

(630) 575-8181 (telephone)
(630) 575-8188 (facsimile)
ovelazquez@sulaimanlaw.com

Rev: 20170105_apo